IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MILTON L. ATKINS                                                                                          PLAINTIFF

v.                                          NO: 3:11CV00089 JLH

CRAIGHEAD COUNTY JAIL, *et al.*                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of July, 2011.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE